■ WILLIAM R. KLEIN, Appellant, v MABEL ACKERLY et al., Respondents.—Order of the Supreme Court, Nassau County, entered October 15, 1976, affirmed, No opinion. Appeal from a further order of the same court, dated December 7, 1976, dismissed. No appeal lies from an order denying reargument. Respondents are awarded one bill of $50 costs and disburse-

ments to cover both appeals. Hopkins, J. P., Suozzi, Margett and Hawkins, JJ., concur.